**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| MINNEAPOLIS AREA SYNOD OF THE EVANGELICAL LUTHERAN CHURCH IN AMERICA, MINNESOTA CONFERENCE OF THE UNITED CHURCH OF CHRIST, and FATHER CHRISTOPHER COLLINS, SJ, | Case No. 0:26-cv-01576-JWB-DTS |
| Plaintiffs, | **PLAINTIFFS' LOCAL RULE 7.1 WORD COUNT COMPLIANCE CERTIFICATE** |
| v. | |
| U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of Homeland Security; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD LYONS, in his official capacity as Acting Director of Immigration and Customs Enforcement; MARCOS CHARLES, in his official capacity as the Acting Executive Director for Immigration and Customs Enforcement's Enforcement and Removal Operations; DAVID EASTERWOOD, in his official capacity as Acting Field Office Director for Immigration and Customs Enforcement's Enforcement and Removal Operations St. Paul Field Office; U.S. FEDERAL PROTECTIVE SERVICE; and FARON K. PARAMORE, in his official capacity as Director of the Federal Protective Service, | |
| Defendants. | |

---

1

I, Erin Westbrook, certify that Plaintiffs' Memorandum of Law in Support of Motion for Preliminary Injunction complies with Local Rules 7.1(f) and 7.1(h).

I further certify that, when preparing this memorandum, I used Microsoft Word for Microsoft 365 and set all text in font size 13. This memorandum contains 4,126 words, which includes all text, including headings, footnotes, and quotations.

Dated:  February 23, 2026                    Respectfully submitted,

*/s/ Erin Westbrook*_____
Erin Westbrook (MN #0393072)
Maxwell Bremer (MN #0387408)
Kaitlin Yira (MN #0403458)
**SAUL EWING LLP**
33 South 6th Street, Suite 4750
Minneapolis, MN  55402
612-225-2946
erin.westbrook@saul.com
maxwell.bremer@saul.com
kaitlin.yira@saul.com

Irina Vaynerman (MN #0396759)
Chelsea Walcker (MN #0396792)
**GROUNDWORK LEGAL**
1650 West End Blvd., Suite 100
St. Louis Park, MN 55416
(612) 208-9349
irina@groundworklegal.org
chelsea@groundworklegal.org

*Attorneys for Plaintiffs*

2