# **<u>EXHIBIT D</u>**

**<u>Declaration of Rev. Dr. Rebecca Voelkel</u>**

1.      I am the Pastor for Justice Ministries and the Director of the Center for Sustainable Justice at Lyndale United Church of Christ ("UCC") in the Whittier neighborhood of Minneapolis, Minnesota. I make this declaration based on my personal knowledge.

2.      I was ordained in 1997. Under the UCC Constitution and the Minnesota Conference Bylaws, ordained ministers are called by God to preach and teach the gospel, administer the sacraments and rites of the Church, and, among other responsibilities, to exercise pastoral care and leadership.

3.      Both the national UCC and Minnesota Conference have taken positions in support of immigrant communities during recent actions by the federal government, demonstrating that support for immigrant communities is integral to the UCC faith.

4.      My congregation is an Immigrant Welcoming Congregation, which means that the church has formally covenanted to support, protect, and advocate for immigrants, regardless of status, as a matter of faith.

5.      Throughout my ministry, I have provided pastoral care to vulnerable populations, served in justice ministries, and performed chaplaincy in various settings, including with Veterans Affairs.

6.      The congregations I have served are located in communities with significant immigrant populations, including the Phillips and Whittier neighborhoods of Minneapolis.

7.      I am conversant in Spanish and have lived in Mexico and Central America, where I provided pastoral care in local communities.

8.      Before Operation Metro Surge began in December 2025, I regularly accompanied congregation and community members to the Whipple Federal Building to attend court hearings and support family members. I have never experienced security or safety issues at Whipple.

9.      On January 13, 2026, I participated in a prayer vigil outside Whipple. After the vigil concluded, two colleagues and I entered Whipple intending to offer pastoral care to detainees, as part of my faith and calling.

10.     Upon entering and passing through security, a man approached us to ask if he could assist us. He was not employed by Immigration and Customs Enforcement but offered to find someone who could help when we explained that our purpose was to provide pastoral care to detainees.

11.     The man eventually returned to inform us that we would not be allowed to visit detainees, but he provided a phone number to schedule future visits. We were denied access to any detainees on January 13th.

12.     Following this attempt, several colleagues tried calling the number provided to us. Many were unable to reach anyone. One clergy colleague was able to speak to someone, but was told that clergy visits to detainees at Whipple would not be permitted. We never received a reason for being denied access.

13.     On Ash Wednesday, February 18, 2026, my colleague and I again attempted to access Whipple to provide pastoral care to immigrant detainees, specifically to administer ashes. In the UCC, Ash Wednesday is a sacred day, and the imposition of ashes is a powerful demonstration of my faith, representing repentance, mortality, and the beginning of Lent. I believe that providing ashes to detainees is essential to practicing the Christian faith and constitutes a core pastoral responsibility.

14.     After entering Whipple and passing through security on February 18, we were directed to Room 1601, which I understand to be an ICE office. The room was initially empty, but a woman eventually appeared at the window in the waiting area.

15.     We informed her that we were there to provide pastoral care to detainees and offer the imposition of ashes to any detainee who wanted it on such a sacred day.

16.     The woman informed us that other clergy members had attempted visits earlier that day and had spoken to her supervisor, who she thought may have spoken to his own supervisor. She informed us that her supervisor had denied those clergy access to provide pastoral care or administer ashes to the detainees. I asked to speak directly to her supervisor, but she rejected my request.

17.     She gave me an email address to contact about setting up a visit, but she did not know when we might receive a response. She noted, without regard to the particular sacredness of Ash Wednesday, that Lent was long and she expected we would hear back before the end of the Lenten season.

18.     I sent an email to the provided email address on the evening of February 18, 2026, requesting access to provide pastoral care, particularly during Lent. As of the date of this declaration, I have received no response.

19.     I am and have always been willing and able to comply with neutral, reasonable security and identification procedures required for entry to Whipple. I have complied with similar procedures in other institutional settings during my ministry. My sole purpose in seeking access is to fulfill my religious obligation to provide pastoral care to detained immigrants.

20.     Providing in-person pastoral care to detained immigrants is an essential practice of my faith. My religious duties include offering prayer, comfort, counsel, and spiritual support, and being physically present with those in need, particularly the vulnerable and those experiencing isolation, fear, and uncertainty such as those detained in Whipple. Denial of access, particularly on Ash Wednesday, prevents me from fulfilling those obligations.

21.    Being denied access to Whipple directly impedes my ability to practice my faith, especially ministering to Spanish-speaking detainees who rely on direct pastoral communication. Certain religious observances, like Ash Wednesday, occur only once each year, and denial of access on such days prevents the performance of critical religious rites.

22.    I intend to continue seeking access to Whipple to provide pastoral care, including visitation, prayer, spiritual counseling, and sacramental ministry, consistent with my faith and my ministerial duties, subject to legitimate security protocols.

23.    I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 19 day of February 2026.

_Rev. Dr. Rebecca Voelkel_

Rev. Dr. Rebecca Voelkel

3