UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| MINNEAPOLIS AREA SYNOD OF THE EVANGELICAL LUTHERAN CHURCH IN AMERICA, MINNESOTA CONFERENCE OF THE UNITED CHURCH OF CHRIST, and FATHER CHRISTOPHER COLLINS, SJ,<br><br>       Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of Homeland Security; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD LYONS, in his official capacity as Acting Director of Immigration and Customs Enforcement; MARCOS CHARLES, in his official capacity as the Acting Executive Director for Immigration and Customs Enforcement's Enforcement and Removal Operations; DAVID EASTERWOOD, in his official capacity as Acting Field Office Director for Immigration and Customs Enforcement's Enforcement and Removal Operations St. Paul Field Office; U.S. FEDERAL PROTECTIVE SERVICE; and FARON K. PARAMORE, in his official capacity as Director of the Federal Protective Service,<br><br>       Defendants. | Case No. 26-cv-1576 (JWB/DTS)<br><br><br><br><br><br><br><br>**NOTICE OF HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

PLEASE TAKE NOTICE that a hearing on Plaintiffs' Motion for Preliminary Injunction (Doc. No. 4) will take place on a date and time to be determined, in Courtroom 7A at the United States District Court, 316 N. Robert Street, St. Paul, MN 55101, before the Honorable Jerry W. Blackwell of the United States District Court for the District of Minnesota. At the hearing, Plaintiffs will move the Court of an Order granting their Motion for Preliminary Injunction.

Dated:  February 23, 2026

Respectfully submitted,

*/s/ Erin Westbrook*
Erin Westbrook (MN #0393072)
Maxwell Bremer (MN #0387408)
Kaitlin Yira (MN #0403458)
**SAUL EWING LLP**
33 South 6th Street, Suite 4750
Minneapolis, MN  55402
612-225-2946
erin.westbrook@saul.com
maxwell.bremer@saul.com
kaitlin.yira@saul.com

Irina Vaynerman (MN #0396759)
Chelsea Walcker (MN #0396792)
**GROUNDWORK LEGAL**
1650 West End Blvd., Suite 100
St. Louis Park, MN 55416
(612) 208-9349
irina@groundworklegal.org
chelsea@groundworklegal.org

*Attorneys for Plaintiffs*