**STATE OF MINNESOTA**

**COUNTY OF HENNEPIN**

**AFFIDAVIT OF SERVICE**

Eric Homan, being duly sworn, on oath says: that on the 24th day of February, 2026, at 3:54pm served the Summons (U.S. Department of Homeland Security); Summons (Kristi Noem); Summons (U.S. Immigration and Customs Enforcement); Summons (Todd Lyons); Summons (Marcos Charles); Summons (David Easterwood); Summons (U.S. Federal Protective Service); Summons (Faron K. Paramore); Complaint; Civil Cover Sheet; Plaintiffs' Motion for Preliminary Injunction; Proposed Order re Plaintiffs' Motion for Preliminary Injunction; Plaintiffs' Memorandum of Law in Support of Motion for Preliminary Injunction; Plaintiffs' Local Rule 7.1 Word Count Compliance Certificate; Meet and Confer Statement; Exhibit 1; Exhibit A Declaration of Father Christopher Collins, SJ; Exhibit B Declaration of Bishop Jennifer Nagel; Exhibit C Declaration of Rev. Melissa Gonzalez; Exhibit D Declaration of Rev. Dr. Rebecca Voelkel; Exhibit E Declaration of Rev. Susan Hayward; Plaintiff Minneapolis Area Synod of the Evangelical Church in America's Rule 7.1 Corporate Disclosure Statement; Plaintiff Minnesota Conference of the United Church of Christ Rule 7.1 Corporate Disclosure Statement; and Notice of Hearing on Plaintiffs' Motion for Preliminary Injunction upon Daniel N. Rosen, United States Attorney, personally at 300 S 4th Street, Suite 600, Minneapolis, MN 55415, by handing to and leaving with Mandy Shaw, Clerical Contractor, an Expressly Authorized Agent of Daniel N. Rosen, United States Attorney, a true and correct copy thereof.

Subscribed and sworn to before me,
February 25, 2026.

Notary Public

2798628

Re: 155555.97480

SOUDAVANH CHANTHAKEO
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan. 31, 2027