# AFFIDAVIT OF SERVICE

State of Minnesota )<br>
)ss.<br>
County of Hennepin )

Paige Q. Velgersdyk, of the County of Hennepin, State of Minnesota, being duly sworn, states that on February 25, 2026, she served the following documents via Certified Mail:

1. Summons [Dkt. 3]
2. Complaint [Dkt. 1]
3. Civil Cover Sheet [Dkt. 1-1]
4. Plaintiffs' Motion for Preliminary Injunction [Dkt. 4]
5. Proposed Order re Plaintiffs' Motion for Preliminary Injunction [Dkt. 5]
6. Plaintiffs' Memorandum of Law in Support of Preliminary Injunction [Dkt. 6]
7. LR 7.1 Word Count Compliance Certificate [Dkt. 6-1]
8. Meet and Confer Statement [Dkt. 7]
9. Exhibit 1 [Dkt. 8]
10. Exhibit A Declaration of Father Christopher Collins SJ [Dkt. 9]
11. Exhibit B Declaration of Bishop Jennifer Nagel [Dkt. 10]
12. Exhibit C Declaration of Rev. Melissa Gonzalez [Dkt. 11]
13. Exhibit D Declaration of Rev. Dr. Rebecca Voelkel [Dkt. 12]
14. Exhibit E Declaration of Rev. Susan Hayward [Dkt. 13]
15. Minneapolis Area Synod of the Evangelical Church in America's Rule 7.1 Corporate Disclosure Statement [Dkt. 15]
16. Plaintiff Minnesota Conference of the United Church of Christ Rule 7.1 Corporate Disclosure Statement [Dkt. 16]
17. Plaintiffs' Notice of Hearing on Motion for Preliminary Injunction [Dkt. 17]

upon:

**Attorney General of the United States**<br>
Attn: Civil Process Clerk<br>
U.S. Department of Justice<br>
950 Pennsylvania Avenue, NW<br>
Washington, DC 20530

**U.S. Department of Homeland Security**<br>
Office of the General Counsel<br>
U.S. Department of Homeland Security<br>
245 Murray Lane, SW<br>
Mail Stop 0485<br>
Washington, DC 20528-0485

**Marcos Charles**<br>
Acting Executive Director for Immigration and Customs Enforcement's Enforcement and Removal Operations<br>
Office of the General Counsel<br>
U.S. Department of Homeland Security<br>
245 Murray Lane, SW<br>
Mail Stop 0485<br>
Washington, DC 20528-0485

Re: *Minneapolis Area Synod of the Evangelical Lutheran Church in America, et al v. U.S. Department of Homeland Security, et al*<br>
USDC District of Minnesota Case No. 0:26-cv-01576-JWB-DTS

**Kristi Noem**
Secretary, U.S. Department of Homeland Security
Office of the General Counsel
U.S. Department of Homeland Security
245 Murray Lane, SW
Mail Stop 0485
Washington, DC 20528-0485

**David Easterwood**
Acting Field Office Director
ERO, ICE St. Paul Field Office
Office of the General Counsel
U.S. Department of Homeland Security
245 Murray Lane, SW
Mail Stop 0485
Washington, DC 20528-0485

**U.S. Immigration and Customs Enforcement**
Office of the General Counsel
U.S. Department of Homeland Security
245 Murray Lane, SW
Mail Stop 0485
Washington, DC 20528-0485

**U.S. Federal Protective Service**
Office of the General Counsel
U.S. Department of Homeland Security
245 Murray Lane, SW
Mail Stop 0485
Washington, DC 20528-0485

**Todd Lyons**
Acting Director of Immigration and Customs Enforcement
Office of the General Counsel
U.S. Department of Homeland Security
245 Murray Lane, SW
Mail Stop 0485
Washington, DC 20528-0485

**Faron K. Paramore**
Director of the Federal Protective Service
Office of the General Counsel
U.S. Department of Homeland Security
245 Murray Lane, SW
Mail Stop 0485
Washington, DC 20528-0485

by causing a true and correct copy of the documents to be placed in envelopes addressed as shown above and by having the envelopes deposited, with sufficient postage, in the United States Post Office located in the City of Minneapolis in the State of Minnesota.

I declare under penalty of perjury that everything stated in this document is true and correct.

Dated: February 26, 2026

*s/ Paige Q. Velgersdyk*
Paige Q. Velgersdyk

Re: *Minneapolis Area Synod of the Evangelical Lutheran Church in America, et al v. U.S. Department of Homeland Security, et al*
USDC District of Minnesota Case No. 0:26-cv-01576-JWB-DTS