## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| MINNEAPOLIS AREA SYNOD OF THE EVANGELICAL LUTHERAN CHURCH IN AMERICA, MINNESOTA CONFERENCE OF THE UNITED CHURCH OF CHRIST, and FATHER CHRISTOPHER COLLINS, SJ, | Case No. 0:26-cv-1576-JWB-DTS |
| *Plaintiffs,* | |
| v. | **NOTICE OF APPEARANCE** |
| U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of Homeland Security; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD LYONS, in his official capacity as Acting Director of Immigration and Customs Enforcement; MARCOS CHARLES, in his official capacity as the Acting Executive Director for Immigration and Customs Enforcement's Enforcement and Removal Operations; DAVID EASTERWOOD, in his official capacity as Acting Field Office Director for Immigration and Customs Enforcement's Enforcement and Removal Operations St. Paul Field Office; U.S. FEDERAL PROTECTIVE SERVICE; and FARON K. PARAMORE, in his official capacity as Director of the Federal Protective Service, | |
| *Defendants.* | |

PLEASE TAKE NOTICE that Martin S. Chester of Faegre Drinker Biddle & Reath LLP hereby appears for First Universalist Church, Reverend Jen Crow, Jewish Community Action, the Right Reverend Craig Loya, Rabbi Harold Kravitz, Bishop Kevin Kenney, Minnesota Council of Churches, and Reverend Ben Connelly in the above-captioned matter.

DATED:  March 6, 2026

Respectfully submitted,

FAEGRE DRINKER BIDDLE & REATH LLP

By: /s/ *Martin S. Chester*

Martin S. Chester (#031514X)
FAEGRE DRINKER BIDDLE & REATH LLP
90 South 7th Street
Minneapolis, Minnesota 55402
Telephone:612.766.7000
martin.chester@faegredrinker.com

*Attorney for Amici Curiae*

1