# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| MINNEAPOLIS AREA SYNOD OF THE EVANGELICAL LUTHERAN CHURCH IN AMERICA, MINNESOTA CONFERENCE OF THE UNITED CHURCH OF CHRIST, and FATHER CHRISTOPHER COLLINS, SJ, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of Homeland Security; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD LYONS, in his official capacity as Acting Director of Immigration and Customs Enforcement; MARCOS CHARLES, in his official capacity as the Acting Executive Director for Immigration and Customs Enforcement's Enforcement and Removal Operations; DAVID EASTERWOOD, in his official capacity as Acting Field Office Director for Immigration and Customs Enforcement's Enforcement and Removal Operations St. Paul Field Office; U.S. FEDERAL PROTECTIVE SERVICE; and FARON K. PARAMORE, in his official capacity as Director of the Federal Protective Service, <br><br> Defendants. | Case No. 26-cv-1576 (JWB/DTS) <br><br><br> **UPDATED <br> JOINT STATUS REPORT** |

Pursuant to the Court's Amended Briefing Schedule (Doc. No. 42), the parties again met and conferred regarding the topics described in the Court's Order. However, the parties were unable to make further progress beyond what was achieved during the previous meet-and-confer, as outlined in the parties' Joint Status Report (Doc. No. 40).

Dated: March 12, 2026

Respectfully submitted,

*/s/ Erin Westbrook*
Erin Westbrook (MN #0393072)
Kaitlin Yira (MN #0403458)
**SAUL EWING LLP**
33 South 6th Street, Suite 4750
Minneapolis, MN 55402
612-225-2946
erin.westbrook@saul.com
kaitlin.yira@saul.com

Irina Vaynerman (MN #0396759)
Chelsea Walcker (MN #0396792)
**GROUNDWORK LEGAL**
1650 West End Blvd., Suite 100
St. Louis Park, MN 55416
(612) 208-9349
irina@groundworklegal.org
chelsea@groundworklegal.org

*Attorneys for Plaintiffs*

Dated: March 12, 2026    DANIEL N. ROSEN
United States Attorney

*/s/David W. Fuller*
BY: DAVID W. FULLER
Assistant U.S. Attorney
Attorney ID Number 390922
600 U.S. Courthouse
300 South 4th Street
Minneapolis, MN 55415
(612) 664-5600
david.fuller@usdoj.gov

*Attorney for Defendants*