# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Minneapolis Area Synod of the Evangelical Lutheran Church in America; Minnesota Conference of the United Church of Christ; and Father Christopher Collins, SJ, | Civ. No. 26-1576 (JWB/DTS) |
| Plaintiffs, | |
| v. | |
| U.S. Department of Homeland Security; Kristi Noem, *in her official capacity as Secretary of Homeland Security*; U.S. Immigration and Customs Enforcement; Todd Lyons, *in his official capacity as Acting Director of Immigration and Customs Enforcement*; Marcos Charles, *in his official capacity as the Acting Executive Director for Immigration and Customs Enforcement and Removal Operations*; David Easterwood, *in his official capacity as Acting Field Office Director for Immigration and Customs Enforcement's Enforcement and Removal Operations St. Paul Field Office*; U.S. Federal Protective Service; and Faron K. Paramore, *in his official capacity as Director of the Federal Protective Service*, | **ORDER REGARDING PROPOSED IMPLEMENTATION PROTOCOL** |
| Defendants. | |

The Preliminary Injunction Order and subsequent implementation orders directed the parties to meet and confer regarding operational procedures consistent with the governing requirements previously established in this matter. (*See* Doc. Nos. 57, 65, 68.)

The parties have now jointly submitted a proposed implementation protocol, representing that no disputes remain regarding its terms. (Doc. No. 69.) The parties are commended for meaningfully conferring and translating the governing requirements into

a workable operational framework.

The jointly submitted protocol is accepted as the operative implementation framework in this matter.

The prior Orders remain the controlling source of the parties' legal obligations. This Court's acceptance of the protocol does not expand the scope of relief previously ordered, nor does it constitute independent adjudication or endorsement of every legal position or operational detail in the parties' submission. The protocol instead reflects the parties' agreed approach to implementing the requirements previously established in this matter and appears facially consistent with the guidelines set forth in the prior Orders.

Nothing in this Order prevents either party from raising future disputes regarding implementation, compliance, modification, or interpretation should circumstances require further judicial review.

**IT IS SO ORDERED.**

Date: May 8, 2026

_s/ Jerry W. Blackwell_
JERRY W. BLACKWELL
United States District Judge