UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 0:26-cv-01576-JWB-DTS

Minneapolis Area Synod of the
Evangelical Lutheran Church in
America, et al.,

**NOTICE OF APPEAL**

Plaintiffs,

v.

U.S. Department of Homeland Security,
et al.,

Defendants.

NOTICE is hereby given that the Federal Defendants appeal to the United States

Court of Appeals for the Eighth Circuit from the Order Regarding Proposed

Implementation Protocol entered by the United States District Court for the District of

Minnesota on May 8, 2026, (ECF No. 70).

Dated: July 7, 2026

DANIEL N. ROSEN
United States Attorney

*s/ David W. Fuller*
BY:  DAVID W. FULLER
Assistant United States Attorney
Attorney ID Number 390922
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN  55415
(612) 664-5600
David.fuller@usdoj.gov

1