

# UNITED STATES DISTRICT COURT DISTRICT OF MINNESOTA

**Warren E. Burger Federal Building and U.S. Courthouse**
316 North Robert Street
Room 100
St. Paul, MN 55101

**Diana E. Murphy U.S. Courthouse**
300 South Fourth Street
Room 202
Minneapolis, MN 55415

**Gerald W. Heaney Federal Building and U.S. Courthouse and Customhouse**
515 West First Street
Duluth, MN 55802

**Edward J. Devitt U.S. Courthouse and Federal Building**
118 South Mill Street
Fergus Falls, MN 56537

## TRANSMITTAL OF INTERLOCUTORY APPEAL

Date:   July 8, 2026

To:   U.S. COURT OF APPEALS, 8TH CIRCUIT

From: LT- U.S. District Court-Minnesota

In Re: District Court Case No. 26-cv-01576-JWB-DTS
Eighth Circuit Case No.:  Not yet assigned
Case Title:  Minneapolis Area Synod of the Evangelical Lutheran Church in America et al v. U.S. Department of Homeland Security et al

The statutory filing fee has:
☐been paid, receipt number:
☐not been paid as of
        IFP     ☐is    ☐is not pending
☒been waived because:
        ☐Application for IFP granted   ☒USA filed appeal

Length of Trial: N/A

Was a court reporter utilized?   ☒Yes   ☐No
        If yes, please identify the court reporter: Lori Morrow