# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No. 26-2384

_____

Minneapolis Area Synod of the Evangelical Lutheran Church in America; Minnesota Conference of the United Church of Christ; Father Christopher Collins, SJ

Plaintiffs - Appellees

v.

U.S. Department of Homeland Security; Markwayne Mullin, in his official capacity as Secretary of Homeland Security; United States Immigration and Customs Enforcement; David J. Venturella, in his official capacity as Acting Director of Immigration and Customs Enforcement; Marcos Charles, in his official capacity as the Acting Executive Director for Immigration and Customs Enforcement and Removal Operations; David Easterwood, in his official capacity as Acting Field Office Director for Immigration and Customs Enforcement's Enforcement and Removal Operations St. Paul Field Office; U.S. Federal Protective Service; Faron K. Paramore, in his official capacity as Director of the Federal Protective Service

Defendants - Appellants

_____

Appeal from U.S. District Court for the District of Minnesota
(0:26-cv-01576-JWB)

_____

**JUDGMENT**

The parties have filed a joint stipulation for dismissal. The appeal is hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

July 27, 2026

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Susan E. Bindler